## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JASON GUIDRY** | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 07-3556 |
| | * | |
| **CHET MORRISON CONTRACTORS, INC.** | * | SECTION "M" |
| | * | JUDGE **PETER BEER** |
| | * | |
| | * | MAGISTRATE 4 |
| * * * * * * * | * | JUDGE KAREN WELLS ROBY |

### ORDER

*CONSIDERING THE LAW AND MOTION OF COUNSEL, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that plaintiff's Motion to Dismiss with Prejudice be and is herby granted, and his claims against defendant be and are hereby dismissed, with prejudice, all parties to bear their own costs.*

*New Orleans, Louisiana, this* 3rd *day of* June *, 2008*

_____
*UNITED STATES DISTRICT JUDGE*